# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ISHANTA HURD-SHOALS, an individual,<br><br>     Plaintiff,<br>v.<br><br>1. G4S SECURE SOLUTIONS (USA), INC., a foreign corporation,<br><br>     Defendant. | Case No. 15-CV-347-JHP-PJC |

## DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Ishanta Hurd-Shoals ("Plaintiff"), through undersigned counsel, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), and hereby moves this Court to dismiss Plaintiff's causes of action against Defendant, G4S Secure Solutions (USA) **with** prejudice to re-filing same.

Respectfully submitted,

ARMSTRONG & VAUGHT, P.L.C.

 */s/ Charles C. Vaught*
**Charles C. Vaught, OBA #19962**
2727 East 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 (facsimile)
cvaught@a-vlaw.com
**Attorney for Plaintiff**

1